# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 714 |
| | : | |
| APPOINTMENTS TO DOMESTIC | : | CIVIL PROCEDURAL RULES DOCKET |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2021, Joel B. Bernbaum, Esquire, Montgomery County, and Jenna A. Neidig, Esquire, Union County, are hereby appointed as members of the Domestic Relations Procedural Rules Committee for a term of six years, commencing April 1, 2021.